255

*more & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the merchandise was held dutiable as follows: (a) The items entered, or withdrawn from warehouse, for consumption prior to September 10, 1955, at 50 cents per dozen, but not less than 45 percent nor more than 70 percent ad valorem, under paragraph 212, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), supplemented by Presidential proclamation (T.D. 51909), and (b) all items entered, or withdrawn from warehouse, for consumption on and after September 10, 1955, at 45 percent under said paragraph, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877).

No. 68108.—United China & Glass Co. *v.* United States, protest 63/27 (Los Angeles).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of oatmeal saucers similar in all material respects to those the subject of *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C.D. 833), the claim of the plaintiff was sustained.

No. 68109.—The Enbun Co. and James G. Wiley et al. *v.* United States, protests 249416–K, etc. (Los Angeles).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.

No. 68110.—Modern Food Products Company and Frank P. Dow Co., Inc., et al. *v.* United States, protests 293251–K, etc. (Los Angeles).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.

No. 68111.—New York Merchandise Co., Inc. *v.* United States, protest 63/3326 (San Diego).

RICHARDSON, Judge: The merchandise involved in the instant protest consists of wool tubular rugs, which are covered by entry No. DE 924 at the port of San